0　　　6630

WITHDRAWN
AND NOT
REISSUED